```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

DARRELL WRIGHT,                )
                               )
        Plaintiff              )
                               )
v.                             )    NO. 3:09-CV-0694
                               )    Judge Wiseman/Brown
FEDERAL EXPRESS CORPORATION,   )
                               )
        Defendant              )

## O R D E R

A telephone conference was held with the parties in this matter on May 24, 2010. The Plaintiff is still stationed in Afghanistan. His attorney advised that he was having some difficulty communicating with the Plaintiff and the Plaintiff's wife, but that he understood that it is possible the Plaintiff would be returning in July. However, he had also been advised that there was a possibility that the Plaintiff might also have his tour of military service extended.

The parties requested that the current scheduling order be suspended for a period of time. That request is reasonable. After consulting with Judge Wiseman office, the final pretrial conference and trial scheduled by Judge Wiseman (Docket Entry 12) are **canceled**.

A telephone conference is set for **August 23, 2010**, at **10:30 a.m. CDT. To participate in the conference call, parties shall call 615-695-2851 at 10:30 a.m.** During this conference the parties should be able to determine the Plaintiff's military

status. If he is available to proceed, the Magistrate Judge will enter a new scheduling order and secure a new trial date. If it appears that the Plaintiff will have extended military service which would prevent him from properly participating in this case, the Magistrate Judge will suggest to the parties that the case be administratively closed pending reopening upon completion of the Plaintiff's military service or his ability to fully participate in the litigation.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge