UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
DARRELL WRIGHT,                  )
                                 )
        Plaintiff                )
                                 )
v.                               )   NO. 3:09-CV-0694
                                 )   Judge Wiseman/Brown
FEDERAL EXPRESS CORPORATION,     )
                                 )
        Defendant                )
```

**O R D E R**

A telephone conference was held with the parties in this matter on August 23, 2010.

Mr. Gonzalez advised that his client returned from Afghanistan on June 4, 2010, and did not expect to be redeployed. Mr. Gonzalez stated that he had encountered considerable difficulty in contacting his client since his return. His client advised that his wife had changed his email and is not forwarding messages left for him at his home address. Apparently the Plaintiff has also needed to attend to his mother who was having some type of difficulties.

Mr. Gonzalez advised, however, that due to the lack of contact with his client that he would be filing a motion to withdraw under the Local Rules.

The Magistrate Judge would suggest that if any such motion is granted the Plaintiff be given 30 days to secure the services of a new attorney or the Plaintiff will be proceeding *pro se*. In this connection Mr. Gonzalez may file contact information,

such as home address and telephone numbers and email addresses for the Plaintiff, under seal.

At the present time a trial date has not been set in this case. In the event Mr. Gonzalez is allowed to withdraw by Judge Wiseman, the Magistrate Judge will set a further hearing, either with new counsel or with the Plaintiff approximately 30 days after any such order is granted. The Plaintiff is warned that failure to prosecute his case can result in its dismissal at some point. Mr. Gonzalez is requested to send a copy of this order to the Plaintiff by such means as he has available.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge