UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARRELL WRIGHT,                    )
                                   )
          Plaintiff                )
                                   )
v.                                 )        NO. 3:09-CV-0694
                                   )        Judge Wiseman/Brown
FEDERAL EXPRESS CORPORATION,       )        **Jury Demand**
                                   )
          Defendant                )

## O R D E R

A telephone conference was held with the parties in this
matter on January 18, 2011.  The parties advised that they had
depositions scheduled and hoped to complete them by the discovery
deadline of March 31, 2011.

In the event the parties believe that they will not be
able to complete the depositions as scheduled, they should if at
all possible, file a joint motion requesting an extension of the
discovery and dispositive motion deadlines.  If necessary, the
Magistrate Judge can request a new trial date from Judge Wiseman.

The parties also advised that until they completed a
couple more depositions, they did not believe a settlement
conference would be beneficial.  The parties are advised that
should they believe a settlement conference would be of assistance
in resolving this matter, they may request such a conference and
the undersigned will take necessary actions to schedule a
settlement conference with another Magistrate Judge.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge