UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARRELL WRIGHT,                )
                               )
          Plaintiff,           )
                               )
     v.                        )     NO. 3:09-0694
                               )     Judge Wiseman/Brown
FEDERAL EXPRESS CORP.,         )     **Jury Demand**
                               )
          Defendant.           )

<u>**O R D E R**</u>

A settlement conference was held with the parties on Wednesday, May 11, 2011, at which time an agreement was reached, the terms of which shall remain confidential. Counsel for the plaintiff shall file a stipulation and proposed order of dismissal of this case within the next forty-five days.

There is nothing further to be done by the undersigned. Therefore, the Clerk shall return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge