**APPROVED.** *[signature: Thomas A. Wiseman Jr]*

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **DARRELL WRIGHT** | § | |
| | § | **CIVIL ACTION NO. 3:09-0694** |
| **Plaintiff,** | § | |
| | § | **District Judge Wiseman** |
| **vs.** | § | **Magistrate Judge Brown** |
| | § | |
| **FEDERAL EXPRESS CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

---

### STIPULATION OF DISMISSAL

---

COME NOW counsel for the parties in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and as indicated by the signatures of counsel for Plaintiff Darrell Wright and Defendant Federal Express Corporation, and hereby stipulate that Plaintiff's cause of action shall be dismissed in its entirety with prejudice. This stipulation hereby effectuates a dismissal with prejudice of all claims pending in this matter. Each party shall bear its own costs and fees.

Dated this 5th day of July, 2011.


By: _s/David Cooper_ w perm.

Law Offices of David Cooper
208 Third Avenue North
Suite 300
Nashville, Tennessee  37201


ATTORNEY FOR PLAINTIFF
DARRELL WRIGHT

By: _s/ Sarah Henry_

Sarah Henry
3620 Hacks Cross Road
Building B, 3d Floor
Memphis, TN  38125
(901) 434-3000


ATTORNEY FOR DEFENDANT
FEDERAL EXPRESS
CORPORATION